**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 11-2251**

———————

MICHAEL SQUIREWELL, a/k/a Squirewell's Builders, Inc.,

        Plaintiff - Appellant,

      v.

SOUTH CAROLINA DEPARTMENT OF LABOR LICENSING AND REGULATION;
STANLEY BOWEN, in their individual capacities; CHARLES IDO,
in their individual capacities; STEPHEN DEER, in their
individual capacities; JERRY MERRITT, in their individual
capacities,

        Defendants – Appellees,

      and

JOSEPH CONNELL, in their individual capacities,

        Defendant.

———————

Appeal from the United States District Court for the District of
South Carolina, at Columbia. Joseph F. Anderson, Jr., District
Judge. (3:10-cv-01902-JFA)

———————

Submitted: June 5, 2012          Decided: July 11, 2012

———————

Before WILKINSON, WYNN, and DIAZ, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

James E. Smith, Jr., JAMES E. SMITH, JR., P.A., Columbia, South
Carolina, for Appellant. Lake E. Summers, Katherine Phillips,

MALONE, THOMPSON, SUMMERS & OTT LLC, Columbia, South Carolina, for Appellees.

———————————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Michael Squirewell appeals the district court's order granting the South Carolina Department of Labor, Licensing, and Regulation summary judgment on his claims of procedural and substantive due process, defamation, and malicious interference with contractual relations. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Squirewell v. S.C. Dep't of Labor, Licensing & Regulation, No. 3:10-cv-01902-JFA (D.S.C. Oct. 11, 2011). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED